C|m

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>          Movant,<br><br>     v.<br><br>THE GORDON COMPANY, *ET AL.*,<br><br>          Respondent. | No. 2:06-CV-1256 (LDW) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>          Appellant,<br>     v.<br><br>THE GORDON COMPANY, *ET AL.*,<br><br>          Appellee. | No. 2:06-CV-5521 (LDW) |
| THE GORDON COMPANY, *ET AL.*,<br><br>          Appellant,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>          Appellee. | No. 2:06-CV-6683 (LDW) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>          Appellant,<br>     v.<br><br>THE GORDON COMPANY, *ET AL.*,<br><br>          Appellee. | No. 2:07-CV-12 (LDW) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of the above-referenced matters, with each party to bear its own costs.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

By: _____
John P. Malloy (JM-0321)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Phone (860) 275-8337
Fax (860) 275-8299
jmalloy@rc.com

THE GORDON COMPANY, INC.,
CLEARBID, INC., and NREL, INC.

By: _____
Robert A. Boghosian (RB-5822)
Cohen Tauber Spievack & Wagner LLP
420 Lexington Avenue
New York, NY 10070
Phone (212) 586-5800
rboghosian@ctswlaw.com

SO ORDERED:

_____
Leonard D. Wexler,
Senior District Judge

Dated: Central Islip, NY
8/7/07